IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRADLEY C. BURCHFIELD                                                    PLAINTIFF

                 v.                  Civil No. 4:12-cv-04068

CAPTAIN GODBOLT;
SGT. DUNHAM; and
JOAN MCCLEAN                                                         DEFENDANTS

**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Bradley Burchfield filed this case *pro se* pursuant to 42 U.S.C. § 1983 on June 25, 2012. ECF No. 1. Plaintiff was incarcerated in the Hot Springs County Detention Center at the time he filed his Complaint, however, Plaintiff's address of record shows he is no longer incarcerated. Now before the Court is the parties' Joint Motion to Dismiss (ECF No. 18).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. After careful consideration, the undersigned makes the following Report and Recommendation.

Plaintiff filed his Complaint on June 25, 2012 alleging he was denied medical care, denied a section 1983 form, and denied an initial phone call by Defendants. ECF No. 1. The Court ordered Plaintiff to file an Addendum to his Complaint. ECF No. 6. Plaintiff filed his Addendum on November 20, 2012. ECF No. 8. The Court then ordered service on Defendants Godbolt, Dunham and McClean. ECF No. 12. Defendants answered on June 24, 2012. ECF No. 16. On July 15, 2013, the parties filed the instant Joint Motion to Dismiss. In the Motion, the parties state Plaintiff contacted Defendants' counsel and informed him Plaintiff no longer wished to pursue this case and

1

Plaintiff wished to dismiss all claims against Defendants with prejudice. ECF No. 18.

For the foregoing reasons, I recommend Plaintiff's Complaint (ECF No. 1) be **DISMISSED** with prejudice.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 12th day of November 2013.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

2