IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRADLEY C. BURCHFIELD                                                                    PLAINTIFF

vs.                                          Civil No. 4:12-cv-4068

CAPTAIN GODBOLT;
SGT. DUNHAM; and
JOAN MCCLEAN                                                                            DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed November 12, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Bryant recommends that Plaintiff's and Defendants' Joint Motion to Dismiss (ECF No. 18) be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's and Defendants' Joint Motion to Dismiss is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of December, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District